James Belden et al., Respondents, *v.* Anna V. Belden, Individually and as Executrix of William Belden, Deceased, Appellant.

*Insurance — action to determine title to proceeds of policy of life insurance.*

Belden v. Belden, 192 App. Div. 670, affirmed.

(Argued March 16, 1922; decided April 18, 1922.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1920, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was originally brought by plaintiffs against the Mutual Life Insurance Company of New York to recover the proceeds of a life insurance policy issued upon the life of their father. The insurance company under an order of interpleader paid the proceeds of the policy into court and the above-named appellant was substituted for the insurance company. The complaint alleged that the father was dead; that the policy was issued to and in in favor of his wife, Sarah E. Belden, or her children, and that plaintiffs were the only children surviving Sarah E. Belden. It also alleged that the defendant claimed the right to recover the proceeds of this policy on the ground that it was assigned to the insured by the plaintiffs in his lifetime.

*Wilson E. Tipple* for appellant.

*John McKim Minton, Jr.,* and *Joseph F. Curren* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.